IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH ZAID AL KHATEMI, et al., <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents. | Civil Action No. 05-2248 (ESH) |
| MOHAMMED ABDUL RAHMAN AL-SHIMRANI, et al., <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents. | Civil Action No. 05-2249 (ESH) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2005, I caused a copy of Respondents' Opposition to Petitioners' Motions for Preliminary Injunctions Requiring Advance Notice of Transfer or Release, with accompanying exhibits, to be placed in United States mail, addressed to petitioners' counsel as follows:

>Martha Rayner, Esq.
>James Cohen, Esq.
>Lincoln Square Legal Services
>Fordham University School of Law
>33 W. 60th Street, 3rd Floor
>New York, NY 10023

     /s/ Robert J. Katerberg
ROBERT J. KATERBERG
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530

One of the Attorneys for Respondents