IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HASSAN BIN ATTASH, *et al.*,

Petitioners,

v.

GEORGE W. BUSH,
President of the United States,
*et al.*,

Respondents.

Civil Action No. 05-CV-1592 (RCL)

ABDUL RAHEEM GHULAM RABBANI, *et al.*,

Petitioners,

v.

GEORGE W. BUSH,
President of the United States,
*et al.*,

Respondents.

Civil Action No. 05-CV-1607 (RMU)

MOHAMMAD AKHTIAR, *et al.*,

Petitioners,

v.

GEORGE W. BUSH,
President of the United States,
*et al.*,

Respondents.

Civil Action No. 05-CV-1635 (PLF)

ABDULAZIZ ABDULRAHMAN AL-BADAH, *et al.*,

Petitioners,

v.

GEORGE W. BUSH, President of the United States, *et al.*,

Respondents.

Civil Action No. 05-CV-1641 (CKK)

---

HUSSAIN SALEM MOHAMMED ALMERFEDI, *et al.*,

Petitioners,

v.

GEORGE W. BUSH, President of the United States, *et al.*,

Respondents.

Civil Action No. 05-CV-1645 (PLF)

---

WALEED SAEED BN SAEED ZAID, *et al.*,

Petitioners,

v.

GEORGE W. BUSH, President of the United States, *et al.*,

Respondents.

Civil Action No. 05-CV-1646 (JDB)

| | |
|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1666 (ESH) |
| ABDALHADI M. AL-SOPAI, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1667 (RBW) |
| RASHID AWADH RASHID AL-UWAIDAH, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1668 (GK) |

| | |
|---|---|
| FAHAD SALEH ALGATELE, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1669 (TFH) |
| YOUSIF ABDULLAH<br>AL-RUBAISH, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1714 (RWR) |
| AYOUB HAJI MAMET, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1886 (EGS) |

| | |
|---|---|
| FAWAZ NAMAN HAMOUD,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1894 (RWR) |
| MOHAMMED AL-QAHTANI, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1971 (RMC) |
| KHALED ABD ELGABAR<br>MOHAMMED OTHMAN, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2088 (RWR) |

| | |
|---|---|
| ABDU AL-QADER HUSSAIN AL-MUDAFARI, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2185 (JR) |
| HAYAL AZIZ AHMED AL-MITHALI, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2186 (ESH) |
| MOHAMMED AHMED ALI AL-ASADI, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2197 (HHK) |

ABD AL HAKIM GHALIB AHMAD ALHAG, *et al.*,

Petitioners,

v.

GEORGE W. BUSH, President of the United States, *et al.*,

Respondents.

Civil Action No. 05-CV-2199 (HHK)

ABDULAQADER HOSSIN ALI AL-MOTHAFRI, *et al.*,

Petitioners,

v.

GEORGE W. BUSH, President of the United States, *et al.*,

Respondents.

Civil Action No. 05-CV-2200 (JDB)

MOHAMMED BIN JAIED BIN ALADI AL MOHADDED AL SUBAIE, *et al.*,

Petitioners,

v.

GEORGE W. BUSH, President of the United States, *et al.*,

Respondents.

Civil Action No. 05-CV-2216 (RCL)

| | | |
|---|---|---|
| FAHD ABDULLAH AHMED GHAZY, *et al.*, Petitioners, v. GEORGE W. BUSH, President of the United States, *et al.*, Respondents. | ) | Civil Action No. 05-CV-2223 (RJL) |
| SALEH ZAID AL KHATEMI, *et al.*, Petitioners, v. GEORGE W. BUSH, President of the United States, *et al.*, Respondents. | ) | Civil Action No. 05-CV-2248 (ESH) |
| MOHAMMED ABUDUL RAHMAN AL-SHIMRANI, *et al.*, Petitioners, v. GEORGE W. BUSH, President of the United States, *et al.*, Respondents. | ) | Civil Action No. 05-CV-2249 (RMC) |

FAHAD NASSER MOHAMMED AL SULTAN ALGAHTANI, *et al.*,

Petitioners,

v.

GEORGE W. BUSH, President of the United States, *et al.*,

Respondents.

Civil Action No. 05-CV-2265 (RWR)

**ATTORNEY APPEARANCE**

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated: December 9, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

/s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents