IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MOHAMMAD ABDEL RAHMAN AL-SHIMRANI**<br>    Petitioners,<br><br>    *v.*<br><br>**GEORGE W. BUSH,** *et al.*,<br>    Respondents. | Civil Action No. 05-2249 (RMC) |

**PROPOSED ORDER**

On November 17, 2005, Petitioners filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief.  To date, the Government has not responded to that Petition. On December 20, 2005, Petitioners filed a Motion for the Immediate Issuance of a Writ of Habeas Corpus or, Alternatively, to Issue an Order to Show Cause.

   IT IS HEREBY ORDERED that the Motion is granted; and

   IT IS FURTHER ORDERED that Respondent shall, by January 2, 2006, show cause

why this writ should not be granted or produce Petitioner Mr. Al-Shimrani for a hearing

before this court on the merits of his petition .

Dated: _____

                                                              _____
                                                              United States District Judge