IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED ABDUL RAHMAN AL-SHIMRANI, *et al.* )<br>*Petitioners*, )<br>v. )<br>GEORGE W. BUSH, *et al.*, )<br>*Respondents*. ) | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-2249 (RMC) |

**CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER**

    Petitioner Mohammed Abdul Rahman Al-Shimrani moves for entry of three orders in this case originally entered in *In re Guantanamo Detainee Cases*: the November 8, 2004 Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba; the November 10, 2004 Order Addressing Designation Procedures for "Protected Information"; and the December 13, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protected Order previously entered by Judge Joyce Hens Green in <u>Abdah v. Bush</u>, 04-CV-1254 (HHK).

    Respondents will not allow privileged communications between counsel and Mr. Al-Khatemi until the Protective Order is entered. Andrew Warden, counsel for Respondents has no objection to the entry of the above mentioned protective orders.

This motion is made without prejudice to Mr. Al-Khatemi's right to challenge or seek modification of any particular terms of the Protective Order in the future.

Dated:  New York, New York
        December 22, 2005.

                                      Respectfully submitted,

                                      /s/ Martha Rayner
Martha Rayner (Pursuant to LCvR 83.2(g))
(NY-MR-1423)
James Cohen (NY-JC-3836)
Lincoln Square Legal Services
Fordham University School of Law
33 W. 60th Street, 3rd Floor
New York, NY 10023
Telephone: (212) 636-6934
Fax: (212) 636-6923

Counsel for Petitioners