UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDUL RAHMAN AL-SHIMRANI, *et al.*, <br><br>  Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br>  Respondents. | ) ) ) ) ) ) ) Civil Action No. 05-2249 (RMC) ) ) ) ) ) ) |

## ORDER TO SHOW CAUSE

Petitioners filed a Petition for Writ of Habeas Corpus on November 17, 2005, which was reassigned to the undersigned on November 21, 2005. To date, Respondents have not responded. There being good cause for allowing additional time to respond, it is hereby

**ORDERED** that, on or before January 12, 2005, Respondents shall **SHOW CAUSE** why the petition should not be granted and the writ issued.

**SO ORDERED**.


Date: December 23, 2005                             /s/
                                                                                  ROSEMARY M. COLLYER
                                                                                  United States District Judge