IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED ABUDUL RAHMAN AL-SHIMRANI, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> Respondents. | ) ) ) ) ) ) ) ) Civil Action No. 05-CV-2249 (RMC) ) ) ) ) ) ) ) |

**RESPONDENTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COURT'S DECEMBER 23, 2005 ORDER TO SHOW CAUSE**

COME NOW Respondents, by and through their undersigned counsel, and respectfully request that the Court grant them an extension of time, through and including January 27, 2006, in which to respond to the Court's December 23, 2005 Order to Show Cause, which orders that, "on or before January 12, 200[6], Respondents shall show cause why the petition should not be granted and the writ issued." Counsel for petitioner and respondents have conferred, and petitioner's counsel does not oppose the relief requested herein. As grounds for this unopposed motion, respondents state as follows:

1. This case is a petition for a writ of habeas corpus filed on behalf of an alien detained at Guantanamo Bay as an enemy combatant, and is one of over 200 such cases brought on behalf of individuals detained at Guantanamo Bay in connection with hostilities involving al Qaeda, the Taliban, and their supporters.

    2.      On December 23, 2005, the Court issued an Order to Show Cause requiring respondents to "show cause why the petition should not be granted and the writ issued" on or before January 12, 2006 (dkt. no. 9).

    3.      On December 29, 2005, respondents filed a motion to stay proceedings in this case pending resolution of all appeals in Khalid v. Bush, Boumediene v. Bush, Nos. 04-CV-1142 (RJL), 04-CV-1166 (RJL), 355 F. Supp. 2d 311 (D.D.C. 2005), appeals docketed, Nos. 05-5062, 05-5063 (D.C. Cir. Mar. 2, 2005), and In re Guantanamo Detainee Cases, No. 02-CV-0299, et al., 355 F. Supp. 2d 443 (D.D.C. 2005), appeal on petition for interlocutory appeal, No. 05-5064 (D.C. Cir. Mar. 10, 2005) (dkt. no. 10). Respondents also requested that the Court stay the effect of the December 23, 2005 Order to Show Cause pending resolution of respondents' motion to stay (dkt. no. 11). Both motions are pending before the Court.[1]

    4.      Respondents respectfully request that they be granted an extension of time, until and including January 27, 2006, to submit a factual return pertaining to petitioner Al-Shimrani as a response to the Court's December 23, 2005 Order to Show Cause. As explained in

---

[1] On December 30, 2005, the President signed into law the Department of Defense Appropriations Act, 2006, Pub. L. No. 109-148, tit. X, 119 Stat. 2680 (2005), also known as the Detainee Treatment Act of 2005, which, among other things, amends 28 U.S.C. § 2241 to remove court jurisdiction to hear or consider applications for writs of habeas corpus and other actions brought in this Court by or on behalf of aliens detained at Guantanamo Bay, Cuba, and creates an exclusive review mechanism in the D.C. Circuit, applicable to pending cases, to address the validity of the detention of such aliens held as enemy combatants. Id. § 1005(e)(1), (h)(2). Respondents anticipate filing in the Guantanamo detainee cases, including the instant case, a motion to dismiss or for other appropriate relief based on the new law. The effect of the Detainee Treatment Act of 2005 will also be addressed in supplemental briefing in the Guantanamo detainee appeals pending before the D.C. Circuit. A stay of other proceedings in this case is appropriate, at the very least, pending resolution of respondents' motion regarding the new, statutory withdrawal of the Court's jurisdiction. A stay is further appropriate for the reasons discussed in respondents' prior motion to stay.

respondents' motion to stay, the preparation and submission of factual returns is a labor-intensive process. Each factual return must be obtained from the Department of Defense ("DoD"), and then reviewed by agencies who provided source information to DoD to ensure that information disclosed to counsel in the returns is in accordance with all applicable statutes, regulations and Executive Orders. Given that respondents were unable to confirm the identity of petitioner Al-Shimrani until January 10, 2006, when counsel for petitioner provided respondents with additional identifying information regarding this petitioner, and considering the burdens involved in reviewing and preparing factual returns in this litigation, respondents request additional time to submit the factual return pertaining to petitioner Al-Shimrani as a response to the Court's Order to Show Cause.

WHEREFORE, for the reasons stated herein, respondents respectfully request that the Court grant them an extension of time, through and including January 27, 2006, in which to respond to the Court's December 23, 2005 Order to Show Cause. A proposed order is attached.

Dated: January 11, 2006               Respectfully submitted,

                                      PETER D. KEISLER
                                      Assistant Attorney General

                                      KENNETH L. WAINSTEIN
                                      United States Attorney

                                      DOUGLAS N. LETTER
                                      Terrorism Litigation Counsel

                                        /s/ Preeya M. Noronha
                                      JOSEPH H. HUNT (D.C. Bar No. 431134)
                                      VINCENT M. GARVEY (D.C. Bar No. 127191)
                                      TERRY M. HENRY
                                      JAMES J. SCHWARTZ
                                      PREEYA M. NORONHA

ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents