IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABUDUL RAHMAN AL-SHIMRANI, *et al.*, <br><br>Petitioners, <br><br>v. <br><br>GEORGE W. BUSH, President of the United States, *et al.*, <br><br>Respondents. | Civil Action No. 05-CV-2249 (RMC) |

## **(PROPOSED) ORDER**

Having considered Respondents' Unopposed Motion for an Extension of Time to Respond to the Court's December 23, 2005 Order to Show Cause, it is hereby

ORDERED that Respondents' Motion is GRANTED.  Respondents shall respond to the Court's December 23, 2005 Order to Show Cause on or before January 27, 2006.

IT IS SO ORDERED.


Dated: _____          _____
                                       ROSEMARY M. COLLYER
                                       United States District Judge