IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDUL RAHMAN AL-SHIMRANI, *et al.*, *Petitioners*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, *Respondents*. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-2249 (RMC) |

## PROPOSED ORDER

On November 17, 2005, Petitioners filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief.  On December 20, 2005, Petitioners filed a Motion for the Immediate Issuance of a Writ of Habeas Corpus or, Alternatively, to Issue an Order to Show Cause.  This Court Issued an Order to Show Cause on December 23, 2005.  Before the Court is Respondents' Motion to Stay Proceedings Pending Related Appeals and Respondents' Motion to Stay Order to Show Cause Pending Resolution of Respondents' Motion to Stay Proceedings.  Upon consideration of the parties' motions, oppositions, and the entire record of this case, it is hereby:

ORDERED that Respondents' Motion to Stay Proceedings Pending Related Appeals and to Say Order to Show Cause is DENIED IN FULL; and it is

FURTHER ORDERED that, to assist the Court in adjudicating the disputed issues, Mr. Al-Shimrani's request for oral argument is GRANTED.

SO ORDERED.

Dated: _____

                                                                                                                                                                                                                                                             United States District Judge