IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED ABDUL RAHMAN AL-SHIMRANI,**<br>    *Petitioner*,<br><br>v.<br><br>**GEORGE W. BUSH, et al.,**<br>    *Respondents*. | Civil Action No. 05-cv-2249 (RMC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner Mohammed Abdul Rahman Al-Shimrani in this matter.  Service upon counsel may be made to:

> Gitanjali S. Gutierrez
> **CENTER FOR CONSTITUTIONAL RIGHTS**
> 666 Broadway, 7th Floor
> New York, New York 10012
> Tel: (212) 614-6427
> Fax: (212) 614-6499

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner without compensation.


Dated: February 3, 2006


Respectfully submitted,

Counsel for Petitioner:

  /s/  
Gitanjali S. Gutierrez
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6427
Fax: (212) 614-6499