UNCLASSIFIED / FOUO

**Summarized Unsworn Detainee Statement given by the Personal Representative**

[The detainee elected not to be present at this Tribunal.]

Personal Representative: I Mohammad Bin Abdul Rahman Al Shamrani, detainee in Cuba, No. 195. I tell you I don't believe in the American Justice Department and your Supreme Court. So judge me the way you like. I'm looking forward for god to judge between me and you.


## AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.



Tribunal President

ISN #195
Enclosure (3)
Page 1 of 1

UNCLASSIFIED / FOUO

270

Statement                                    ISN 195

أنا محمد بن عبد الرحمن الشمراني . المحتجز في كوبا برقم
١٩٥

اقول لكم أني لا اثق بوزارة العدل الامريكية وبا محكمة العليا
فاحكموا بما شئتم . فاني أنتظر أن يحكم الله بيني وبينكم

<br/>

Translation

1. MOHAMMAD BIN ABDUL RAHMAN AL SHAMRANI
DETANEE IN CUBA NO 195
I TELL YOU I DON'T BELEAVE IN THE
AMERICAN JUSTICE DEPARTMENT AND YOUR
SUPREME COURT SO JUDGE ME THE
WAY YOU LIKE I'M LOOKING FORWARD FOR
GOD TO JUDGE BETWEEN ME AND YOU.

MOHAMMAD ABDOL RAHMAN
AL SHAMRANI
SIGNATURE
28/8/1425 H.
12/10/2004

Exhibit  D-B

271