IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MOHAMMED ABDUL RAHMAN AL-SHIMRANI**, *et al.*, *Petitioners*, <br><br> v. <br><br> **GEORGE W. BUSH**, *et al.*, *Respondents*. | **Civil Action No. 05-2249 (RMC)** |

**ORDER**

**AND NOW,** this _____day or _____, 2006, upon consideration of Respondents' Motion For Procedures Related To Review Of Certain Detainee Materials and Request For Expedited Briefing and Petitioner, Mr. Al-Shimrani's opposition thereto, it is hereby

**ORDERED** that the motion is denied.  It is further

**ORDERED** that Respondents transfer forthwith all documents seized from Petitioner to a Special Master appointed by this Court.  It is further

**ORDERED**, the Special Master's time and costs shall be paid for by Respondents.  It is further

**ORDERED** that the Special Master review the documents for the sole purpose of identifying attorney-client privileged material and attorney work product. It is further

**ORDERED** that the Special Master return all documents designated as attorney-client privileged material and attorney work product to Petitioner. It is further

**ORDERED** that the Special Master transfer all documents, not designated attorney-client privileged material or attorney work product, to Carol Kisthardt, Special Agent in Charge, Naval Criminal Investigative Service ("NCIS") to determine relevancy to the investigation into the deaths of Ali Abdullah Ahmed, Mani Shaman Turki al-Habardi al-Utaybi, and Yassar Talal al-Zahrani, on June 10, 2006. It is further

**ORDERED** that Special Agent Kisthardt promptly return all non-privileged material to Petitioner after it has been reviewed for relevancy to the investigation.

                **BY THE COURT:**

_____
**Rosemary M. Collyer**
**United States District Judge**