IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED ABDUL RAHMAN AL-SHIMRANI, *et al.*, <br> *Petitioners*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br> *Respondents*. | Civil Action No. 05-2249 (RMC) |

NOTICE OF FILING OF
PETITIONER'S MOTION TO MODIFY MEMORANDUM ORDER OF
SEPTEMBER 15, 2006, ALLOWING A FILTER TEAM

Petitioner Mohammed Abdul Rahman Al-Shimrani, through his undersigned counsel, hereby gives notice of filing of his Motion to Modify Memorandum Order of September 15, 2006, Allowing a Filter Team.

Dated: New York, New York
September 25, 2006.

Respectfully submitted,
Counsel for Petitioner
_____/s/_____
Martha Rayner (Pursuant to LCvR 83.20(g))
(NY-MR-1423)
Ramzi Kassem (NY-RK-3567)
James A. Cohen (NY-JC-3836)
Lincoln Square Legal Services
Fordham University School of Law
33 West 60th Street, 3d Floor
New York, New York 10023
Telephone: (212) 636-6934
Fax: (212) 636-6923

1