IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED ABDUL RAHMAN AL-SHIMRANI, *et al.*, <br> *Petitioners*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br> *Respondents*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **Civil Action No. 05-2249 (RMC)** <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING OF PETITIONER'S REPLY MEMORANDUM TO RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION TO MODIFY JUDGE ROBERTSON'S MEMORANDUM ORDER ALLOWING A FILTER TEAM**

Petitioner Mohammed Abdul Rahman Al-Shimrani, through his undersigned counsel, hereby gives notice of filing of his Reply Memorandum to Respondents' Opposition to Petitioner's Motion to Modify Judge Robertson's September 15, 2006 Memorandum Order Allowing a Filter Team.

Dated: New York, New York
October 25, 2006.

                                          Respectfully submitted,
                                          Counsel for Petitioner
                                          _____/s/_____
                                          Martha Rayner (Pursuant to LCvR 83.20(g))
                                          (NY-MR-1423)
                                          Ramzi Kassem (NY-RK-3567)
                                          James A. Cohen (NY-JC-3836)
                                          Lincoln Square Legal Services
                                          Fordham University School of Law
                                          33 West 60th Street, 3d Floor
                                          New York, New York 10023
                                          Telephone: (212) 636-6934
                                          Fax: (212) 636-6923