# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| ) | |
| **MOHAMMED ABDUL** ) | |
| **RAHMAN AL-SHIMRANI,** *et al.,* ) | |
| *Petitioners,* ) | |
| ) | **Civil Action No. 05-2249 (RMC)** |
| *v.* ) | |
| ) | |
| **GEORGE W. BUSH,** *et al.,* ) | |
| *Respondents.* ) | |
| ) | |
| ) | |

## NOTICE OF ORDER DIRECTING SUPPLEMENTAL BRIEFING TO COURT OF APPEALS ON SIGNIFICANCE OF MILITARY COMMISSIONS ACT OF 2006

Petitioner hereby gives notice that on October 18, 2006, the United States Court of Appeals for the District of Columbia Circuit issued Orders in Boumediene v. Bush, No. 05-5062 (D.C. Cir.) and Al Odah v. United States., No. 05-5064 (D.C. Cir.) granting habeas petitioners' motion for leave to file supplemental briefs on the significance of the Military Commissions Act of 2006. The Court set the following briefing schedule: Supplemental Briefs for Habeas Petitioners/Appellants: November 1, 2006; Supplemental Briefs for Respondents/Appellees: November 13, 2006; and Supplemental Reply Brief for Habeas Petitioners/Appellants: November 20, 2006. A true copy of the Order is attached hereto.

Dated: New York, New York
       November 1, 2006.

Respectfully submitted,
Counsel for Petitioner

_____/s/_____
Martha Rayner (Pursuant to LCvR 83.20(g))
(NY-MR-1423)
Ramzi Kassem (NY-RK-3567)
James A. Cohen (NY-JC-3836)
Lincoln Square Legal Services
Fordham University School of Law
33 West 60th Street, 3d Floor
 New York, New York 10023
 Telephone: (212) 636-6934
 Fax: (212) 636-6923

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5062**                                      **September Term, 2005**

                                                                    **04cv01142**
                                                                    **04cv01166**

                                                    **Filed On:**

Lakhdar Boumediene, Detainee, Camp Delta, et al.,
    Appellants

    v.

George W. Bush, President of the United States, et
al.,
    Appellees

---

Consolidated with 05-5063

**05-5064**                                          **02cv00299, et al.**

Khaled A. F. Al Odah, Next Friend of Fawzi Khalid
Abdullah Fahad Al Odah, et al.,
    Appellants

    v.

United States of America, et al.,
    Appellees

---

Consolidated with 05-5095, 05-5096, 05-5097,
05-5098, 05-5099, 05-5100, 05-5101, 05-5102,
05-5103, 05-5104, 05-5105, 05-5106, 05-5107,
05-5108, 05-5109, 05-5110, 05-5111, 05-5112,
05-5113, 05-5114, 05-5115, 05-5116

**BEFORE:**   Sentelle, Randolph, and Rogers, Circuit Judges

## O R D E R

    Upon consideration of the government's motion for supplemental briefing, and
the opposition thereto, it is

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   JUL 2 6 2006

CLERK

# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5062**                                    **September Term, 2005**

      **ORDERED** that the motion be granted.  The parties are to address the effect of the Supreme Court's opinion in <u>Hamdan v. Rumsfeld</u>, 126 S. Ct. 2749 (2006), on these cases.  The following briefing format and schedule will apply:

| | |
|---|---|
| Joint Supplemental Brief for George W. Bush, President of the United States, et al., and the United States of America, et al. (not to exceed 20 pages) | August 1, 2006 |
| Joint Supplemental Brief for Boumediene, et al. (not to exceed 20 pages) | August 8, 2006 |
| Joint Supplemental Brief for Al Odah, et al. (not to exceed 20 pages) | August 8, 2006 |
| Joint Supplemental Reply Brief (not to exceed 10 pages) | August 15, 2006 |

      All submissions must be hand-filed and hand-served by 4:00 p.m. on the date due.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _Linda_ _____
Deputy Clerk

Page 2