IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

Mohammed Abdul
Rahman Al Shimrani,

       Petitioner,

       v.                       CV 05-2249 RMC

George W. Bush, et. al.,

       Respondents.

---

NOTICE OF FILING OF
PETITIONER'S OPPOSITION TO RESPONDENTS' MOTION TO DISMISS,
MOTION FOR A STAY-AND-ABEY ORDER, AND NOTICE OF INTENT TO FILE A
PETITION UNDER THE DETAINEE TREATMENT ACT

Petitioner Mohammed Abdul Rahman Al-Shimrani, through his undersigned counsel,

hereby gives notice of filing of his Opposition to Motion to Dismiss Order of May 3, 2007.


Dated: New York, New York
       May 3, 2007

                                    Respectfully submitted,
                                    Counsel for Petitioner
                                    _____/s/_____
                                    Martha Rayner (Pursuant to LCvR 83.20(g))
                                    (NY-MR-1423)
                                    Ramzi Kassem (NY-RK-3567)
                                    James A. Cohen (NY-JC-3836)
                                    Lincoln Square Legal Services, Inc.
                                    Fordham School of Law
                                    33 West 60th Street, 3rd Floor
                                    New York, NY 10023
                                    Telephone: (212)636-6934
                                    Fax:       (212)636-6923