Approved for Public Filing by the CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDUL RAHMAN AL-SHIMRANI, *et al.*, *Petitioners*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, *Respondents*. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2249 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR LEAVE TO PROCEED
ON APPEAL IN FORMA PAUPERIS**

I, Martha Rayner, declare that I am the attorney representing Mohammed Abdul Rahman Al-Shimrani (Appellant/Petitioner) in the above-entitled proceding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security, I state that because of my client's poverty, he is unable to prepay the costs of said proceeding or to give security therefore. Mr. Al-Shimrani is detained at Guantanamo Bay, Cuba, and for that reason I am unable to obtain his signature for this motion and affidavit, and I am therefore signing the affidavit on his behalf and to the best of my knowledge and belief. My affidavit is attached.

I believe my client is entitled to relief. The issue that will be presented on appeal is the Court's Order of May 8, 2007 dismissing Petitioner's habeas corpus petition.

Dated: June 5, 2007

Approved for Public Filing by the CSO

Respectfully Submitted,
Counsel for Petitioner
/s/ Martha Rayner
Martha Rayner (NY-MR-1423)
Ramzi Kassem (RK-NY-3567)
James A. Cohen (NY-JC-3836)

LINCOLN SQUARE LEGAL SERVICES
Fordham University School of Law
33 W. 60th Street, 3rd Floor
New York, NY 10023
Telephone: (212) 636-6934
Fax: (212) 636-6923

Approved for Public Filing by the CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDUL RAHMAN AL-SHIMRANI, *et al.*,<br>*Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>*Respondents*. | Civil Action No. 05-2249 (RMC) |

### Affidavit in Support of Motion

I, Martha Rayner, attorney for Petitioner/Appellant Mohammed Abdul Rahman Al-Shimrani, swear or affirm under penalty of perjury that, because of my client's poverty, my client cannot prepay the docket fees of his appeal or post a bond for them. My client is detained at Guantánamo and has been imprisoned for over five years. He has no assets that I know of and I am handling his case *pro bono*. I further state that because my client is detained at Guantánamo I can not have him sign an affidavit personally. I believe he is entitled to redress. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Signed:** /s/ Martha Rayner
**Date:** 6/5/2007

Respectfully Submitted,
Counsel for Petitioner

/s/ Martha Rayner
Martha Rayner

LINCOLN SQUARE LEGAL SERVICES
Fordham University School of Law
33 W. 60th Street, 3rd Floor
New York, NY 10023
Telephone: (212) 636-6934
Fax: (212) 636-6923

Approved for Public Filing by the CSO

## CERTIFICATE OF SERVICE

I, Martha Rayner, certify that I today caused a true and accurate copy of Motion for Leave to Proceed on Appeal In Forma Pauperis to the individuals listed below via overnight mail to the Court Security Officer.

>Terry Henry, Esq., Senior Trial Attorney
>Andrew I. Warden, Esq., Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., NW, Room 7144
>Washington, DC 20530

This 5th day of June, 2007.

/s/ Martha Rayner
Counsel for Petitioner

LINCOLN SQUARE LEGAL SERVICES
Fordham University School of Law
33 W. 60th Street, 3rd Floor
New York, NY 10023
Telephone: (212) 636-6934
Fax: (212) 636-6923