IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDUL RAHMAN AL-SHIMRANI, *et al.*, *Petitioners*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, *Respondents*. | Civil Action No. 05-2249 (RMC) |

## NOTICE OF APPEAL

Notice is hereby given that Mohammed Abdul Rahman Al-Shimrani hereby appeals to the United States Court of Appeals for the District of Columbia from the order of May 8, 2007 dismissing his habeas corpus petition.

Dated: New York, New York
       June 5, 2007.

Respectfully submitted,
Counsel for Petitioner
/s/
Martha Rayner (NY-MR-1423)
Ramzi Kassem (RK-NY-3567)

LINCOLN SQUARE LEGAL SERVICES
Fordham University School of Law
33 W. 60th Street, 3rd Floor
New York, NY 10023
Telephone: (212) 636-6934
Fax: (212) 636-6923