UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDUL RAHMAN AL-SHIMRANI, )
)
Petitioner, )
)
v. ) Civil Action No. 05-2249 (RMC)
)
GEORGE W. BUSH, *et al.*, )
)
Respondents. )

ORDER

Good cause appearing, it is hereby

**ORDERED** that Petitioners' Motion for leave to proceed on appeal in forma pauperis filed on June 7, 2007 [Dkt. #51] is **GRANTED**.

**SO ORDERED.**

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

DATE: June 20, 2007