# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5204**                                          **September Term, 2006**

05cv02249

Mohammed Abdul Rahman Al-Shimrani, Detainee
and Ali Abdul Rahman Al-Shimrani, As next friend of
Mr. Mohammed Abdul Rahman Al-Shimrani,
      Appellants

v.

George W. Bush, President of the United States, et al.,
      Appellees

Filed On:



FILED
JUN 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUN 1 8 2007
CLERK

### ORDER

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis *filed on June 7, 2007.*

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ Elizabeth V. Scott
Elizabeth V. Scott
Deputy Clerk