# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDUL RAHMAN AL-SHIMRANI, ) ) ) Petitioner, ) ) v. ) ) GEORGE WALKER BUSH, *et al.*, ) ) Respondents. ) | Civil Action No: 05-2249 (RMC) |

## NOTICE OF FILING OF
## REPLY TO RESPONDENTS' OPPOSITION TO MOTION FOR
## RECONSIDERATION OF ORDER DISMISSING PETITION FOR
## HABEAS CORPUS AND DENYING MOTION TO STAY
## PROCEEDINGS AND HOLD IN ABEYANCE

Petitioner Mohammed Abdul Rahman Al-Shimrani, through his undersigned counsel, hereby gives notice of filing of his Reply To Respondents' Opposition To Motion For Reconsideration Of Order Dismissing Petition For Habeas Corpus And Denying Motion To Stay Proceedings And Hold In Abeyance, in *Al-Shimrani, ISN #195, v. Bush, et al,*.

Dated:  New York, New York
         July 27, 2007.

Respectfully submitted,
Counsel for Petitioner

_____/s/_____
Martha Rayner (NY-MR-1423)

Lincoln Square Legal Services
Fordham University School of Law
33 West 60th Street, 3d Floor
New York, New York 10023
Telephone: (212) 636-6934
Fax: (212) 636-6923