**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| _____ | ) |
|  | ) |
| MOHAMMED ABDUL | ) |
| RAHMAN AL-SHIMRANI, | ) |
|  | ) |
| Petitioner, | ) |
|  | ) Civil Action No: 05-2249 (RMC) |
|  | ) |
|  | ) |
| v. | ) |
|  | ) |
| GEORGE WALKER BUSH, *et al.*, | ) |
|  | ) |
| Respondents. | ) |
| _____ | ) |

**NOTICE OF RECENT ACTIVITY**

Petitioner Mohammed Abdul Rahman Al-Shimrani, hereby gives Notice of Recent Activity in further support of his Motion For Reconsideration Of Order Dismissing Petition For Habeas Corpus And Denying Motion To Stay Proceedings And Hold In Abeyance, in *Al-Shimrani, ISN #195, v. Bush, et al*.

**The mandate has been recalled in the *Boumediene* and *Al Odah* cases**

In *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), the D.C. Circuit ruled that the Military Commissions Act of 2006 (MCA), Pub. L. No. 109-366, 120 Stat. 2600 (2006), eliminated the jurisdiction of the federal courts to consider habeas actions by Guantánamo detainees, and that the Guantánamo detainees, as aliens outside the sovereign territory of the United States, lack constitutional rights and therefore lack standing to challenge the elimination of jurisdiction.

The mandate issued on June 27, 2007 pursuant to Fed. R. App. P. 41(b).  Petitioners moved to recall the mandate in light of the Supreme Court's decision granting certiorari. *Boume-diene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007) (cert. granted).  On July 2, 2007 Petitioners moved to recall the mandate.  On July 26, 2007, the Court of Appeals ordered "that the motion be granted and the mandate be recalled" and "The Clerk of the United States District Court for the District of Columbia is directed to return forthwith to the United States Court of Appeals for the District of Columbia Circuit the mandate issued June 27, 2007." *Boumediene v. Bush*, D.C. Cir. Nos. 05-5062 & 05-5063; *Al Odah v. United States*, D.C. Cir. No. 05-5064.

**CONCLUSION**

For the foregoing reasons, and the reasons earlier set forth by Petitioner, this Court should grant Petitioner's Motion For Reconsideration Of Order Dismissing Petition For Habeas Corpus And Denying Motion To Stay Proceedings And Hold In Abeyance.

Respectfully submitted,
Counsel for Petitioner

_____
Martha Rayner (NY-MR-1423)
LINCOLN SQUARE LEGAL SERVICES
Fordham University School of Law
33 W. 60th Street, 3rd Floor
New York, NY 10023
Tel: (212) 636-6934
Fax: (212) 636-6923

Dated: New York, New York
         July 27, 2007

2