UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDUL RAHMAN AL-SHIMRANI,<br><br>Petitioner,<br><br>v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No: 05-2249 (RMC)<br><br>For Referral To Magistrate Judge Kay<br><br>Hearing Requested |

**NOTICE OF FILING OF PETITIONER'S MOTION TO COMPEL RESPONDENTS' LAWYER, THE DEPARTMENT OF JUSTICE, TO COMPLY WITH THIS COURT'S PROTECTIVE ORDER AND END ITS PRACTICE OF BARRING MEMBERS OF PETITIONER'S COUNSEL FROM APPLYING FOR SECURITY CLEARANCE**

Petitioner Mohammed Abdul Rahman Al-Shimrani, through his undersigned counsel, hereby gives notice of filing of Petitioner's Motion and Memorandum in support to Compel Respondents' Lawyer, The Department of Justice, To Comply with This Court's Protective Order and End Its Practice of barring Members of Petitioner's Counsel from Applying for Security Clearance. This motion has been sent via overnight UPS to the CSO for review prior to public filing.

Dated: New York, New York
June 6, 2008

Respectfully submitted,

Martha Rayner (MY-MR/1423)

Lincoln Square Legal Services
Fordham University School of Law
33 West 60th Street, 3d Floor
New York, New York 10023
Telephone: (212) 636-6934
Fax: (212) 636-6923

Counsel for Petitioner