# Exhibit C

From: "Yelin, Lewis (CIV)" <Lewis.Yelin@usdoj.gov>

Wednesday - February 13, 2008 2:57 PM

To: "Elizabeth Hume" <ehume@law.fordham.edu>

CC: "Martha Rayner" <mrayner@law.fordham.edu>, "Warden, Andrew (CIV)" <Andrew.Warden@usdoj.gov>, "Loeb, Robert (CIV)" <Robert.Loeb@usdoj.gov>

Liz,

Thank you for your phone message this morning asking whether it is possible for law students working on DTA cases to obtain security clearances for work on those cases.

As a matter of policy, the Government does not provide security clearances to law students in cases involving detainees in Guantanamo. I understand that Prof. Rayner has had a number of discussions with Andrew Warden about this issue. Should you or Prof. Rayner have any additional questions about this, please follow up with Andrew, who I have copied on this e-mail.

Best,

-Lewis

_____

Lewis Yelin

Attorney, Appellate Staff

Civil Division

Department of Justice

950 Pennsylvania Ave., N.W., Rm. 7318

Washington, D.C. 20530

(202) 514-3425