# Exhibit E

**From:** "Warden, Andrew (CIV)" <Andrew.Warden@usdoj.gov>
**To:** "Kassem, Ramzi" <ramzi.kassem@yale.edu>
**Date:** 5/16/2008 4:13 PM
**Subject:** RE: Security Clearance Applications

**CC:** "Martha Rayner" <MRAYNER@law.fordham.edu>, "Laura Alvarez" <LAALVAREZ@la...

Ramzi:

In light of the lack of district court jurisdiction and pending decisions by the Supreme Court in the Boumediene and Bismullah cases, we believe it is premature to address the issue of providing security clearances to law students. As indicated in my e-mails to you last summer, the decision to provide law students with security clearances raises unique issues for the Executive that are not present in cases involving licensed, full-time attorneys. Instead of addressing these issues at this time, we think the better approach is to address your request after the Supreme Court decides the Boumediene and Bismullah cases. In the meantime, it is our understanding that the Yale/Fordham team has four security-cleared attorneys working on behalf of its four detainee-clients. Given the status of the detainee cases and limitations on the number of attorneys that may visit with a detainee at any one time under the protective orders, given that four security clearances seems sufficient for your team to litigate its cases at this time, and given that that number is consistent with numbers of security clearances permitted in other Guantanamo cases, it is our view that there is no need at the present time to do anything further to resolve this issue.

Best,

Andrew I. Warden
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Tel: 202-616-5084
Fax: 202-616-8470