# Exhibit F

From: Warden, Andrew (CIV) [Andrew.Warden@usdoj.gov]
Sent: Friday, August 10, 2007 2:33 PM
To: Kassem, Ramzi
Cc: Campbell, Jennifer; michael.wishnie@yale.edu
Subject: RE: security clearance applications

Ramzi,

Given the issues and information involved in the Guantanamo cases, as well as the burdens associated with processing clearances, the government is not providing security clearances to law students, legal interns, summer associates, and the like, people whose involvement in the cases is likely to be short-term.  Similarly, the current posture of the DTA and habeas cases does not warrant providing security clearances to experts or consultants (beyond translators).  As you know, the Executive's authority to control access to classified information is well settled.  See Dep't of the Navy v. Egan, 484 U.S. 518, 527 (1988).

Best regards,

Andrew

-----Original Message-----
From: Kassem, Ramzi [mailto:Ramzi.Kassem@yale.edu]
Sent: Friday, August 10, 2007 1:30 PM
To: Warden, Andrew (CIV)
Cc: Campbell, Jennifer; michael.wishnie@yale.edu
Subject: RE: security clearance applications

Hello Andrew,

I received the security clearance application packet this week. Many thanks. Mike will enter an appearance and send in his application soon.

Also, on what authority are law students or outside consultants not "permitted to receive security applications"? I would like to know if you are relying on regulations or memorialized policy or, if this is a matter of discretionary practice, what the rationale is for withholding such applications from this class.

Best,

Ramzi