IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABUDUL RAHMAN AL-SHIMRANI, *et al.*, | )<br>)<br>) |
| Petitioners, | ) |
| v. | )  Civil Action No. 05-2249 (RMC) (AK) |
| GEORGE W. BUSH, *et al.*, | ) |
| Respondents. | ) |
| AMER MOHAMMON, *et al.* | ) |
| Petitioners, | ) |
| v. | )  Civil Action No. 05-2386 (RBW) |
| GEORGE W. BUSH, *et al.*, | ) |
| Respondents. | ) |

**[Proposed] ORDER**

Upon consideration of respondents' motion for extension of time to respond to petitioners' motions to compel, it is hereby

ORDERED that respondents' motion for extension of time is GRANTED; and

ORDERED that respondents shall have until June 30, 2008, to respond to petitioners' motion to compel.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE