IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDUL RAHMAN AL-SHIMRANI,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | Civil Action No. 05-2249 (RMC) |

## NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF PETITIONER'S MOTION TO COMPEL RESPONDENTS' LAWYER, THE DEPARTMENT OF JUSTICE, TO COMPLY WITH THIS COURT'S PROTECTIVE ORDER AND END ITS PRACTICE OF BARRING MEMBERS OF PETITIONER'S COUNSEL FROM APPLYING FOR SECURITY CLEARANCE

Undersigned counsel hereby withdraws the above referenced motion (see dkt. no. 67) due to the fact that the Department of Justice has agreed to change their practice of categorically denying law student members of petitioner's counsel permission to apply for security clearance. The motion is withdrawn without prejudice.

Dated: New York, New York
June 26, 2008

Respectfully submitted,

Counsel for Petitioner:

/s/
Martha Rayner (Pursuant to LCvR 83.20(g))
(NY-MR-1423)
Lincoln Square Legal Services
Fordham University School of Law
33 West 60th Street, 3d Floor
New York, New York 10023
Telephone: (212) 636-6934