IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

GUANTANAMO BAY
DETAINEE LITIGATION

Misc. No. 08-442 (TFH)

Civil Action No. 05-2386 (RBW)

## NOTICE OF JOINDER

Undersigned counsel notifies the Court and counsel for Respondent that Petitioners Alkhadr Al Yafie (ISN 034) and Toffiq Al Bihani (ISN 893) in the above-captioned case join in "Petitioners' Response to Respondents' Motion for Relief from Scheduling Order," filed in the miscellaneous docket yesterday, September 8, 2008.

Dated September 9, 2008

Respectfully submitted,

/s/ George M. Clarke III
George M. Clarke III
D.C. Bar No. 480073
Miller & Chevalier Chartered
655 15th Street, NW, Suite 900
Washington, DC  20005
Telephone:  (202) 626-1573
Facsimile:  (703) 598-5121

*Counsel to Petitioners Al Yafie and Al Bihani*

893740.1