IN THE UNITED STATES OF AMERICA
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | : | Misc. No. 08-442 (TFH) |
| | : | Civil Action No. 05-2249 (RMC) |
| GUANTANAMO BAY DETAINEE LITIGATION | : | |

NOTICE OF JOINDER

Undersigned counsel notifies the Court and counsel for Respondents that Petitioner, Mohammed Abdul Rahman Al-Shimrani (ISN 195) in the above-captioned case join in Petitioners' Response to Respondents' Motion for Relief from Scheduling Order," filed in the miscellaneous docket yesterday, September 8, 2008.

Dated: September 9, 2008

Respectfully submitted,

/s/
_____
Martha G. Rayner
N.Y. Bar No. 1423
International Justice Clinic
Lincoln Square Legal Services, Inc.
Fordham University School of Law
33 West 60th Street, 3rd Floor
New York, NY 10023
Telephone: 212-636-6934
Facsimile:  212-636-6923

*Counsel to Petitioner*
*Mohammed Abdul Rahman Al-Shimrani*