IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED ABDUL RAHMEN<br>    AL-SHUMRANI, (ISN 195),<br><br>    Petitioner,<br><br>         v.<br><br>BARACK OBAMA, et al.,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-cv-2249 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

## RESPONDENTS' NOTICE OF FILING (RE: ISN 195)

Respondents hereby provide notice of filing of the Public Factual Return for ISN 195 pursuant to a) the Court's orders of December 20, 2011 (Dkt. No. 242) and May 29, 2012 (Dkt. No. 243) in the above-captioned case, and b) the Court's order of January 14, 2010 in In re: Guantanamo Bay Detainee Litigation, No. 08-mc-0442 (TFH) (Dkt. No. 1896).

The public version of the factual return is attached to this Notice, broken into segments of 5MB or less pursuant to the D.D.C. ECF User's Manual (January 2010).[1] In addition, if applicable and as required by Local Civil Rule 5.4(f), Social Security numbers, names of minor children, dates of birth, and financial account numbers are redacted from the attached documents. The additional information Petitioner requested remain under seal, which is not information the government sought to protect as classified, protected, or in accordance with the local rules, is

---

[1] Any documents withheld in full as classified would not appear in the public version of the factual return.

redacted in gray. Petitioner's Motion for Expedited Judgment has been finalized for public filing and will be ECF filed by Petitioner on November 5, 2012.

Dated: November 5, 2012 	Respectfully submitted,

STEWART DELERY
Acting Assistant Attorney General

JOSEPH H. HUNT
Branch Director

JAMES J. GILLIGAN
TERRY M. HENRY
Assistant Branch Directors

  */s/ Kristina Wolfe*
KRISTINA WOLFE
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
TEL: (202) 353-4519
Kristina.Wolfe@usdoj.gov

*Attorneys for Respondents*