UNCLASSIFIED/FOR PUBLIC RELEASE

# EXHIBIT 3

UNCLASSIFIED/FOR PUBLIC RELEASE

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | ) | Misc. No. 08-442 (TFH) |
| IN RE: | ) | |
| GUANTANAMO BAY | ) | Civil Action No. |
| DETAINEE LITIGATION | ) | 05-CV-2249 (RMC) |
| | ) | |
| | ) | |

### AMENDED FACTUAL RETURN

SECRET//NOFORN

UNCLASSIFIED/FOR PUBLIC RELEASE

SECRET//NOFORN

Respondents hereby submit, as explained herein, an amended factual return pertaining to the petitioner identified as the subject of the attached Narrative. This amended return is intended to supersede the material contained in any previously filed return, except for the fact that petitioner was previously determined by a Combatant Status Review Tribunal to be an enemy combatant.

This amended return sets forth factual bases[1] supporting petitioner's lawful, ongoing detention pursuant to the Authorization for the Use of Military Force and the President's power as Commander in Chief.

Dated: September 29, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

---

[1] Respondents reserve the right to seek leave to further supplement the record with additional factual bases supporting petitioner's detention, as necessary.

SECRET//NOFORN

UNCLASSIFIED/FOR PUBLIC RELEASE

SECRET//NOFORN

_Peter McVeigh_
_____
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JUDRY L. SUBAR (D.C. Bar No. 347518)
PAUL E. AHERN
PETER J. MCVEIGH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel:  202.305-9907
Fax: 202.305-2685

Attorneys for Respondents

SECRET//NOFORN

UNCLASSIFIED/FOR PUBLIC RELEASE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | Misc. No. 08-442 (TFH) |
| IN RE: ) | |
| GUANTANAMO BAY ) | Civil Action No. |
| DETAINEE LITIGATION ) | 05-CV-2249 (RMC) |
| ) | |
| ) | |
| ) | |

DECLARATION OF REAR ADMIRAL DAVID THOMAS

UNCLASSIFIED/FOR PUBLIC RELEASE

Declaration of Rear Admiral David M. Thomas, Jr.

Pursuant to 28 U.S.C. § 1746, I, David M. Thomas, Jr., hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge, information, and belief, the following is true, accurate, and correct:

I am a Rear Admiral in the United States Navy, with 31 years of active duty service. I currently serve as Commander, Joint Task Force-Guantanamo (JTF-GTMO), at Guantanamo Bay, Cuba. I have held this position since 27 May 2008. As such, I am directly responsible for the successful execution of the JTF-GTMO mission to conduct detention and interrogation operations in support of the Global War on Terrorism, coordinate and implement detainee screening operations, and support law enforcement and war crimes investigations.

The attached narrative and supporting materials from files of the Department of Defense or other government agencies contain information used by the Department of Defense to establish the status of the individual who is the subject of the narrative as an enemy combatant and to substantiate their detention as an enemy combatant at Guantanamo Bay, Cuba.

Dated:

DAVID M. THOMAS, JR.
Rear Admiral, U.S. Navy

~~SECRET//NOFORN~~

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Abdul Rahman Al-Shimrani, *et al.*, )<br><br>Petitioners, )<br><br>v. )<br><br>George W. Bush, )<br>President of the United States, )<br>*et al.*, )<br><br>Respondents. ) | Civil Action No. 05-CV-2249 (RMC) |

## NARRATIVE FOR MOHAMMED ABD AL-RAHMAN AL-SHUMRANT, ISN 195

### Introduction

1.     Petitioner Mohammed Abd Al-Rahman Al-Shumrant ("Shumrant"), a Saudi

Arabian citizen, is currently detained at the U.S. Naval Station, Guantanamo Bay, Cuba.[1]

Shumrant served on the front lines alongside Taliban forces in Afghanistan during the summer

and fall of 2001. Shumrant is a trained combat veteran who has admitted having an affiliation

with al-Qaida. Shumrant was captured crossing the border into Pakistan after he fled from U.S.

and allied forces.

---

[1] Minor variations in the English spelling of petitioner's name appear throughout the
intelligence documents pertaining to him. *See* Decl. of ███████████████████████
*Background Declaration—Names, Aliases, Kunyas and Variants* (Sept. 19, 2008). "Shumrant"
is used herein to refer to petitioner.

1

~~SECRET//NOFORN~~

SECRET//NOFORN

2.      Consequently, for reasons including those described further below, the petitioner
is lawfully subject to detention pursuant to, among other things, the President's powers as
Commander in Chief and the Authorization for the Use of Military Force.

3.      The following narrative and attached materials set forth the factual bases
supporting petitioner's lawful detention. This narrative is not intended to be a complete
explication of the information in support of petitioner's detention in those documents.

### Explanation of Source Documents

4.      In the materials discussed herein related to the factual bases for petitioner's
detention and assessment as an enemy combatant, there are interviews with petitioner and others
conducted by law enforcement and intelligence personnel, as well as information derived from
other sources and methods. Information received from these sources is commonly analyzed by
intelligence or law enforcement personnel and used to produce other intelligence products.
These reports and intelligence products are routinely relied upon by military or intelligence
personnel in making decisions to act upon threats to our national security. *See* Decl. of [3]
[3] *Background Declaration—Intelligence 101* (Sept. 19, 2008); Decl. of
Robert H. Holmes, *Use of Intelligence Products in the Targeting and Operation Cycles in
Operation Enduring Freedom* (Aug. 22, 2008).

5.      As with all detained enemy combatants at Guantanamo Bay, Cuba, Shumrant has
an assigned Internment Serial Number ("ISN"), an administrative code assigned to military
detainees. Shumrant's full ISN is US9SA-000195DP, in which the number 195 is Shumrant's
unique identifier and the "SA" designation indicates that he is a national of Saudi Arabia.

2

SECRET//NOFORN

SECRET//NOFORN

Source documents attached as exhibits to this narrative may refer to Shumrant by name, full ISN, or various short forms, such as "ISN-000195" or "ISN 195." Likewise, other military detainees may be referred to in source documents and this summary by name or various forms of ISN.

### Background of the War on Terror

6.    Al-Qaida ("the Base") was founded by Usama bin Laden and others in or about 1989 for the purpose of opposing certain governments and officials with force and violence. National Comm'n on Terrorist Attacks Upon the United States, *The 9/11 Commission Report* 56 (2004) ("*9/11 Commission Report*").

7.    Usama bin Laden is recognized as the emir (prince or leader) of al-Qaida. *Id.*

8.    A purpose or goal of al-Qaida, as stated by Usama bin Laden and other al-Qaida leaders is to support violent attacks against property and nationals (both military and civilian) of the United States and other countries. *Id.* at 59-61.

9.    Between 1989 and 2001, al-Qaida established training camps, guest houses, and business operations in Afghanistan, Pakistan, and other countries for the purpose of training and supporting violent attacks against property and nationals (both military and civilian) of the United States and other countries. *Id.* at 64-67.

10.    In 1996, Usama bin Laden issued a public "Declaration of Jihad Against the Americans." This declaration called for the murder of U.S. military personnel serving on the Arabian Peninsula. *Id.* at 48.

3

SECRET//NOFORN

SECRET//NOFORN

11. In February 1998, Usama bin Laden and Ayman al Zawahiri (bin Laden's deputy) issued a fatwa (purported religious ruling) requiring all Muslims able to do so to kill Americans—whether civilian or military—anywhere in the world. *Id.* at 47.

12. Since 1989, members and associates of al-Qaida, known and unknown, have carried out numerous terrorist attacks, including, but not limited to, the attacks against the American embassies in Kenya and Tanzania in August 1998, which killed approximately 250 people, *id.* at 68-70; the attack against the U.S.S. Cole in October 2000, which killed 17 United States Navy sailors, *id.* at 190-93; and the attacks on the United States on September 11, 2001, which killed approximately 3,000 people. *Id. passim.*

13. The Taliban (students of Islamic knowledge) is an Islamic fundamentalist group that was formed in Afghanistan in 1994. *The Taliban in Afghanistan, available at* www.cfr.org/publication/10551. After two years of violent conflict that included the capture of Kabul, Afghanistan's capital, the Taliban took control of Afghanistan's national government in 1996. *9/11 Commission Report* at 65. Although it was never formally recognized by the United States, *id.* at 124, the Taliban controlled Afghanistan's national government from 1996 until the United States-led military campaign ousted the Taliban from power in 2001. *Id.* at 337-38. During the period in which the Taliban controlled Afghanistan's national government, it provided safe harbor and support to al-Qaida and Usama bin Laden. *Id.* at 64-67.

14. On September 18, 2001, following the attacks on the United States on September 11, 2001, Congress adopted the Authorization for the Use of Military Force. 115 Stat. 224 (2001). Recognizing that the attacks of September 11, 2001 "render it both necessary

4

SECRET//NOFORN

SECRET//NOFORN

and appropriate that the United States exercise its rights to self-defense and to protect United

States citizens at home and abroad," Congress authorized the President "to use all necessary and

appropriate force against those nations, organizations, or persons he determines planned,

authorized, committed, or aided the terrorist attacks that occurred on September 11, 2001, or

harbored such organizations or persons, in order to prevent any future acts of international

terrorism against the United States by such nations, organizations or persons." Within weeks,

United States military forces were deployed in Afghanistan. *9/11 Commission Report* at 337.

15.    The United States led the initial aerial bombing campaign of Afghanistan, with

ground forces composed of United States forces and Afghanistan militia opposed to the Taliban,

including the Northern Alliance. The Northern Alliance is an association of Afghan groups

opposed to the Taliban. The Northern Alliance has assisted the United States in its military

campaign in Afghanistan to defeat al-Qaida and the Taliban. *Id.* at 330-34; 336-38.

16.    In December 2001, the United States-led military campaign removed the Taliban

from control of Afghanistan's national government. *Id.* at 337-38. Taliban and al-Qaida forces,

however, have continued to operate in Afghanistan and attack coalition forces. Currently, two

major military operations are underway in Afghanistan. First, Operation Enduring Freedom

(OEF) is a multinational coalition military operation, led by the United States, initiated in

October 2001 to counter terrorism and bring security to Afghanistan in collaboration with

Afghan forces. *See* www.state.gov/r/pa/prs/ps/2006/60083.htm. OEF operations led to the

collapse of the Taliban government and helped bring security and stability to Afghanistan. *Id.*

5

SECRET//NOFORN

SECRET//NOFORN

OEF involves troops from over 20 nations, including approximately 19,000 United States forces and 3,000 non-United States troops. *Id.* Second, the International Security Assistance Force (ISAF) is a United Nations-mandated international coalition operating under the command of the North Atlantic Treaty Organization (NATO). *See* www.nato.int/isaf/index.html. ISAF was established in 2002 with the goal of creating conditions for stabilization and reconstruction in Afghanistan. ISAF is comprised of approximately 50,000 troops from 40 countries. *Id.*

### General Background About Shumrant

17.     It is common for those engaged in terrorist activities to use an alias, commonly referred to in Arabic as a *kunya*. *See* Decl. of [REDACTED] *Background Declaration—Names, Aliases, Kunyas and Variants* (Sept. 19, 2008). Shumrant has admitted using the aliases al Mogeera al Ansari, ISN 195 FM40 (May 29, 2003); and al Marira, ISN 195 FM40 (May 15, 2003). Shumrant has explained that he took a *kunya* to hide his identity from Saudi Arabian authorities. ISN 195 FM40 (May 29, 2003).

18.     Shumrant reportedly was born on February 27, 1975, in Riyadh, Saudi Arabia, and worked as a high school teacher in Najran, Saudi Arabia. ISN 195 FM40 (May 29, 2003); ISN 195 SIR (Mar. 21, 2007).

### Shumrant Served on the Front Lines Alongside Taliban Forces in Afghanistan in the Summer and Fall of 2001

19.     Shumrant traveled to Afghanistan in the summer of 2001 to fight jihad alongside the Taliban. ISN 195 FM40 (Dec. 5, 2002). Shumrant "begged" to fight on the front lines and got his wish. ISN 195 FD-302 (Apr. 11, 2002). Shumrant has stated that he knows he is liable

6

SECRET//NOFORN

SECRET//NOFORN

for these actions.  ISN 195 MFR (Mar. 20, 2002).

20.  The Taliban was, and remains, an enemy of the United States.  *See supra* ¶¶ 13-
16.  The Taliban provided direct support to Usama bin Laden and al-Qaida before, during, and
after Shumrant fought alongside Taliban forces.  In 1999, for example, the President declared a
"national emergency" to deal with the threat posed by the Taliban, finding that "the actions and
policies of the Taliban in Afghanistan, in allowing territory under its control in Afghanistan to be
used as a safe haven and base of operations for Usama bin Ladin and the Al-Qaida organization
who have committed and threaten to continue to commit acts of violence against the United
States and its nationals, constitute an unusual and extraordinary threat to the national security
and foreign policy of the United States."  Executive Order 13129, 64 Fed. Reg. 36759 (July 4,
1999); *see also* Continuation of Emergency with Respect to the Taliban, 65 Fed. Reg. 41549,
41549 (June 30, 2000); Continuation of Emergency with Respect to the Taliban, 66 Fed. Reg.
35363, 35363 (June 30, 2001).  This Executive Order effectively declared the Taliban "a state
sponsor of terrorism."  *9/11 Commission Report* at 125; *see also id.* at 333 (explaining that the
President determined "not to distinguish between terrorists and those who harbor them").  The
Taliban was targeted by U.N. Security Council Resolutions for essentially the same reasons.
*See, e.g.*, U.N. Security Council Resolution 1267 (1999) (imposing travel ban and freezing assets
of the Taliban); U.N. Security Council Resolution 1333 (2000) (calling again for the expulsion of
Usama bin Laden and forbidding any country from providing arms or military assistance to the
Taliban).

7

SECRET//NOFORN

SECRET//NOFORN

21.     Shumrant has claimed that he did not engage in combat with U.S. forces in

Afghanistan, instead fighting solely against the Northern Alliance. *See, e.g.*, ISN 195 FD-302

(Apr. 11, 2002); ISN 195 FD-302 (May 15, 2003); ISN 195 FM40 (May 15, 2003). However,

the Northern Alliance was an ally of the United States in its military campaign against al-Qaida

and the Taliban in Afghanistan. *See supra* ¶ 15; *see also Hamdi v. Rumsfeld*, 542 U.S. 507, 513,

516-17 (2004) (finding the President had authority to detain an American citizen who fought

against the Northern Alliance in Afghanistan).

22.     Shumrant has also claimed that his original intent was to fight jihad in Bosnia or

Chechnya, rather than in Afghanistan. *See, e.g.*, ISN 195 FD-302 (Apr. 11, 2002); ISN 195 SIR

(Dec. 14, 2004); ISN 195 SIR (Dec. 21, 2004). But he ultimately decided to fight, and fought, in

Afghanistan alongside the Taliban. *See* ISN 195 FD-302 (Apr. 11, 2002) (noting Shumrant's

explanation that he went to Afghanistan for jihad after his parents refused to let him go to

Bosnia). Furthermore, Shumrant readily admitted that he would have fought Americans, if the

opportunity had presented itself. ISN 195 FM40 (Dec. 5, 2002); ISN 195 FM40 (May 15, 2003);

ISN 195 FM40 (May 21, 2003).[2]

---

[2] Some of the members of al-Qaida who were directly responsible for the attacks of
September 11, 2001, participated in the conflict in Bosnia. *See 9/11 Commission Report* at 145
(noting that Khalid Sheikh Mohammed (KSM) was the principal architect of the attacks); *id.* at
147 (noting that KSM fought alongside the mujahideen in Bosnia); *id.* at 155 (explaining that
suicide operatives selected by Usama bin Laden for the attacks "had traveled together to fight in
Bosnia"); *see also id.* at 125 (stating that some separatists in Chechnya received support from
Usama bin Laden).

8

SECRET//NOFORN

UNCLASSIFIED/FOR PUBLIC RELEASE

SECRET//NOFORN

### Shumrant Is a Combat Veteran Who Trained in Al-Qaida Camps

23.     Shumrant received military training for about one month while he was a teenager in Saudi Arabia during the first gulf war, including training on handguns and grenades. ISN 195 FD-302 (Apr. 11, 2002).

24.     Shumrant received weapons training, including training on the Kalashnikov rifle and grenades, in the summer of 2001 in Afghanistan. ISN 195 FD-302 (Apr. 11, 2002); *see also* ISN 195 FM40 (May 21, 2003) (noting Shumrant's explanation that although he was not formally trained how to use rocket propelled grenade launchers and other weapons, he could have used them if necessary). Osama al-Adeni, an al-Qaida trainer, trained Shumrant in military-type skills. ISN 195 MFR (Mar. 20, 2002). While he was detained in 2002 and 2003, Shumrant asserted that this training lasted for weeks. *See id.*; ISN 195 FM40 (May 15, 2003); ISN 195 FM40 (May 21, 2003).

25.     Shumrant acknowledged that he also traveled outside Saudi Arabia in 2000, but stated that he went to the United Arab Emirates (UAE) during that year to start a business to supplement his income as a teacher. ISN 195 FM40 (May 29, 2003). Shumrant also noted that he had traveled to Syria, Turkey, and Jordan for vacation/tourism related purposes. *Id.* However, Shumrant received more formal military training during this period. At one point, Shumrant admitted that he attended the al Farouq training camp in Afghanistan at some undesignated point in time, but immediately recanted that statement. ISN 195 FM40 (May 24, 2003); *see* Decl. of ███████ *Background Declaration—Terrorist Training Camps*

9

SECRET//NOFORN

UNCLASSIFIED/FOR PUBLIC RELEASE

UNCLASSIFIED/FOR PUBLIC RELEASE

SECRET//NOFORN

(Sept. 19, 2008) ███████████████████████████████████████

    26.    Shumrant later revealed that he also had traveled to Afghanistan in 2000 and received additional training at that time. Shumrant explained that he had lied about these matters during prior interviews and that a Muslim has some things that he needs to keep secret. ISN 195 SIR (Dec. 14, 2004). Shumrant traveled to Afghanistan in 2000, via Qatar, the United Arab Emirates, and Pakistan, where he stayed briefly at the ██████████████████ *Id.* Foreign fighters commonly used guesthouses, a number of which served "as training camp facilitations hubs, ██████████████████████████████████ for frontline fighters associated with al-Qaida and the Taliban." Decl. of ███████████ *Background Declaration—Guesthouses* (Sept. 19, 2008).

    27.    Shumrant then traveled to the Khaldan camp in Afghanistan. ISN 195 SIR (Dec. 14, 2004). ████████████████████████████████████████ ████████████████████████████████ Decl. of ███████████ *Background Declaration—Terrorist Training Camps* (Sept. 19, 2008) (discussing the Khaldan camp and its connection with al-Qaida). There, Shumrant received training on weapons such as the AK-47 rifle, rocket propelled grenades, mortars, and various other artillery. ISN 195 SIR (Dec. 14, 2004).[4] The Taliban ordered the Khaldan camp closed after he had been there about a month.

---

    [3] Shumrant denies ever traveling to, or attempting to travel to, the United States. ISN 195 FM40 (May 15, 2003); ISN 195 FD-302 (Apr. 11, 2002); ISN 195 SIR (Mar. 5, 2004).

    [4] Shumrant denied attending the Khalden camp, or for that matter even traveling to Afghanistan in 2000, during earlier interviews. *See* ISN 195 FM40 (Dec. 5, 2002); ISN 195 SIR (Mar. 5, 2004).

SECRET//NOFORN

UNCLASSIFIED/FOR PUBLIC RELEASE

SECRET//NOFORN

*Id.* Shumrant further explained that he also wanted to learn about mines. *Id.* He thus went to the al Farouq camp in Afghanistan, where he received training in mines and other explosives. *Id.* (referencing both anti-personnel mines and anti-tank mines). Shumrant spent a total of about three months at the two camps. *Id.*; *see also* ISN 195 SIR (Dec. 21, 2004) (discussing the two camps).[5]

28.     Although Shumrant has stated that he did not engage in combat while in Afghanistan in 2000 and 2001. *see, e.g.*, ISN 195 FM40 (May 15, 2003), it is clear from his own statements that he received extensive experience on the front lines in the summer and fall of 2001. Shumrant admitted, for example, that he spent about five months fighting on the front lines (apparently in Bagram, Afghanistan), that he carried a Kalashnikov and a few grenades, and that he operated a small, handheld radio. *See id.*; ISN 195 FD-302 (May 15, 2003). And he further explained that although he lacked formal training on various other weapons being used on the front lines, he could have used these weapons if necessary. ISN 195 FM40 (May 21, 2003). Moreover, Shumrant's representation that he did not engage in actual conflict is at odds with other statements he has made while detained. Shumrant has stated plainly that he fought on the front lines. ISN 195 FD-302 (Apr. 11, 2002) (noting further Shumrant's admission that he

---

[5] Shumrant has claimed that the purpose of this first trip to Afghanistan was related to his desire to fight in Chechnya. *See id. But see supra* ¶ 22 & n.2. According to Shumrant, he traveled from Afghanistan to Istanbul, Turkey, after completing his training, because of this desire. Shumrant explained that he arrived about ten days before his visa would expire, and was unable to reach a contact at the phone number that had been given to him. He ended up traveling to Syria for a few days before returning to Saudi Arabia. ISN 195 SIR (Dec. 14, 2004).

11

SECRET//NOFORN

UNCLASSIFIED/FOR PUBLIC RELEASE

SECRET//NOFORN

begged to fight and got his wish). Notably, while on the front lines, Shumrant observed a

Pakistani beheaded as a result of being hit with a mortar shell. ISN 195 FM40 (May 21, 2003).

Further, Shumrant has admitted serving as a leader after his commander was killed in battle. *See*

ISN 195 SIR (Mar. 5, 2004); *infra* ¶ 31.

## Shumrant Has Admitted Being Affiliated with Al-Qaida

29.     In the years immediately following his detention, Shumrant denied being a

member of the Taliban or al-Qaida. *See, e.g.*, ISN 195 FM40 (Dec. 5, 2002); ISN 195 FM40

(May 15, 2003); ISN 195 FM40 (May 21, 2003); ISN 195 FM40 (May 24, 2003). He stated that

although he was proud of what he had done in Afghanistan, he would not do it again. ISN 195

FD-302 (Apr. 11, 2002). And with respect to the attacks of September 11, 2001, Shumrant

explained that the killing of innocent persons is not true Islam. ISN 195 MFR (Mar. 20, 2002);

*see also* ISN 195 FM40 (May 29, 2003). Shumrant also stated that he does not know anyone

with knowledge about past attacks on the United States. ISN 195 FD-302 (Apr. 11, 2002).

Finally, although he had heard that the individuals he fought alongside had pledged an oath of

allegiance to Usama bin Laden, Shumrant did not make such a pledge, apparently because he

was afraid of being overheard by a spy. ISN 195 FM40 (May 21, 2003).

30.     In March 2007, however, Shumrant changed his story, admitting the he was

affiliated with al-Qaida. ISN 195 SIR (Mar. 21, 2007). Shumrant explained that he had joined

both the Taliban and al-Qaida because it was his duty to fight against American and Northern

Alliance "infidels." *Id.* He also stated that if he left Guantanamo Bay, he would go back and kill

12

SECRET//NOFORN

UNCLASSIFIED/FOR PUBLIC RELEASE

UNCLASSIFIED/FOR PUBLIC RELEASE

SECRET//NOFORN

Americans. *Id.* (noting that Shumrant stated "I love Usama bin Laden and Mullah Omar and if I ever get out of Guantanamo I will go back to fight the Americans and kill as many as I can").[6]

31.    Shumrant's March 2007 admission that he has an affiliation with al-Qaida is consistent with information provided by Shumrant prior to that time. For example, soon after being transferred into U.S. custody, in March 2002, Shumrant indicated that an al-Qaida trainer, Osama al Adeni from Yemen, had trained him in Afghanistan. ISN 195 MFR (Mar. 20, 2002). The trainer admitted receiving instruction at the al Farouq camp in Afghanistan and spoke about the attack on the U.S.S. Cole. *Id.* Moreover, in May 2003, Shumrant revealed that he had attempted to see Usama bin Laden, but was denied an audience and told that bin Laden was in the Tora Bora mountains. ISN 195 FM40 (May 29, 2003). Shumrant had previously stated that like all Muslims, he loved bin Laden. ISN 195 FM40 (Dec. 5, 2002). As an additional example, in March 2004, Shumrant admitted having prior knowledge of the attacks of September 11, 2001. ISN 195 SIR (Mar. 30, 2004) (noting Shumrant's explanation that he learned of the warnings given by bin Laden prior to the attacks and that this warning advised recipients to head towards the Tora Bora mountains after the attacks occurred). Also, although Shumrant declined to testify before the combatant status review tribunal in 2004, he provided the following statement: "I TELL YOU I DON'T BELIEVE IN THE AMERICAN JUSTICE DEPARTMENT AND YOUR SUPREME COURT SO JUDGE ME THE WAY YOU LIKE IM LOOKING FORWARD FOR GOD TO JUDGE BETWEEN ME AND YOU." Decl. of Teresa A.

_____

[6] Guards at Guantanamo Bay have reported Shumrant making similar threats. *See*

13

SECRET//NOFORN

UNCLASSIFIED/FOR PUBLIC RELEASE

UNCLASSIFIED/FOR PUBLIC RELEASE

SECRET//NOFORN

McPalmer (Jan. 27, 2006) (Doc. 18-2).

## The Circumstances Surrounding Shumrant's Capture Suggest an Al-Qaida Affiliation and Combat with U.S. Forces

32.     Shumrant stated that he withdrew from Bagram when the fighting there became intense. ISN 195 FD-302 (May 21, 2003). Shumrant explained that he passed through the mountainous region of Tora Bora, Afghanistan, in November 2001 while fleeing American and Northern Alliance forces during the U.S. offensive. ISN 195 FM40 (Dec. 5, 2002). Shumrant was one of about twenty individuals in a group moving through Tora Bora, and served as the leader of the group for a brief period of time. *See id.*; ISN 195 SIR (Mar. 5, 2004) (noting Shumrant's statement that he was a leader for two days when Abu Yahi al Musri was killed in battle); ISN 195 MFR (Mar. 20, 2002) (noting Shumrant's statement that al Musri was his leader while he was in Tora Bora). The group included Usama al Adeni, Shumrant's former trainer who, according to Shumrant, was affiliated with al-Qaida. *See supra* ¶¶ 24, 30. Shumrant was in Tora Bora for about fourteen to sixteen days before leaving for Pakistan; he carried a weapon during at least part of that time and also operated a radio. ISN 195 FM40 (May 21, 2003); ISN 195 FM40 (May 15, 2003). In December 2001, Shumrant surrendered his weapon to unknown tribes at the Pakistani border, and was captured by the Pakistani military upon crossing the border. ISN 195 FM40 (May 21, 2003); ISN 195 FD-302 (Apr. 11, 2002); IIR 7 739 3396 02 (reporting the capture of Shumrant).

ISN 195 INTREP Summary.

14

SECRET//NOFORN

UNCLASSIFIED/FOR PUBLIC RELEASE

UNCLASSIFIED/FOR PUBLIC RELEASE

SECRET//NOFORN

33.     Shumrant stated that his passport might be found along with the passport of

███████████ in the Tora Bora area. ISN 195 FD-302 (Apr. 11, 2002). Al-Qaida "required

jihadists to turn in their passports before going to the front lines in Afghanistan." *9/11

Commission Report* at 169.

34.     In mid-November 2001, Usama bin Laden and al-Qaida operatives retreated to the

mountainous area of Tora Bora, where they engaged the United States in a battle lasting nearly

two months. Decl. of ███████ *Tora Bora* (Sept. 19, 2008); *see 9/11 Commission Report*

at 338. Thus, military combat between al-Qaida and American forces took place while Shumrant

was in Tora Bora. *See* Decl. of ███████ *Tora Bora* (Sept. 19, 2008).

### Various Other Evidence Suggests that Shumrant Has an Affiliation with Al-Qaida

35.     The Khaldan and al Farouq camps, where Shumrant trained, were affiliated with

al-Qaida. Decl. of ███████ *Background Declaration—Terrorist Training Camps*

(Sept. 19, 2008).

36.     Shumrant reported staying in a guesthouse in Kandahar that may have been an al-

Qaida guesthouse. *Compare* Decl. of ███████ *Background Declaration—Guesthouses*

(Sept. 19, 2008) (discussing the Haji Habash guesthouse), *with* ISN 195 IIR 6 034 1432 4 (noting

that Shumrant stayed at a guesthouse in Kandahar on "Haji Habbush" street and that this

guesthouse was a transition point for fighters and trainees).

37.     ███████████████████████████████████

███████████████████████████████████████

15

SECRET//NOFORN

SECRET//NOFORN



38.

16

SECRET//NOFORN

UNCLASSIFIED/FOR PUBLIC RELEASE

SECRET//NOFORN



40.     Shumrant claims he met al-Qaida leader Abu Zubaydah in Pakistan in 2000, and
stayed with him a few days before he was able to get to Afghanistan.  ISN 195 SIR (Dec. 21,
2004); *see 9/11 Commission Report* at 150, 169, 174 (discussing Abu Zubaydah and noting his
al-Qaida affiliation).

### Shumrant Recruited High School Students to Fight Jihad

41.     Although Shumrant stated in September 2006 that he did not agree with the
practice of recruiting high school students for Jihad in Afghanistan, *see* ISN 195 SIR (Sept. 12,
2006), he admitted in March 2007 that he had served as a recruiter of high school students for al-
Qaida and the Taliban while working as a teacher in Saudi Arabia, *see* ISN 195 SIR (Mar. 21,
2007).  Individuals detained at Guantanamo Bay have stated that Shumrant was a recruiter in
Saudi Arabia.  ISN 493 IIR 6 034 0035 7 (noting that Shumrant was a recruiter of students); *see*
ISN 230 SIR (Feb. 20, 2006).

17

SECRET//NOFORN

UNCLASSIFIED/FOR PUBLIC RELEASE

UNCLASSIFIED/FOR PUBLIC RELEASE

SECRET//NOFORN

### Conclusion

For the reasons described above and in the attached exhibits, Shumrant is properly detained by the United States.

18

SECRET//NOFORN

UNCLASSIFIED/FOR PUBLIC RELEASE